1  Stacey Harp _____ (Full Name)

2  Staceyharp@yahoo.com (Email Address)

3  General Delivery _____ (Address Line 1)

4  Cypress, CA 90630 (Address Line 2)

5  714-715-5069 _____ (Phone Number)

6  __Plaintiff___ in Pro Per
   (indicate Plaintiff or Defendant)

7                    Rqp Rep

8

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY __ONE__                    DEPUTY

IFP Submitted

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  Stacey Harp _____ ,          **Case No.:** 8-25-cv-01268-JWH-(JDEx)
                                     (To be supplied by the Clerk)
13        **PLAINTIFF,**              **COMPLAINT FOR:**

14        **vs.**                     _____

15  Cal Optima _____             _____

16  500 City Parkway W. _____    _____

17  Orange, CA 92868 _____       _____

18  _____

19  716 (90) = 20 _____          **Jury Trial Demanded:** ☐ Yes  ☒ No

20        **DEFENDANT(S).**

21

22

23                    ┌─────────────────────────────┐
                      │     **I. JURISDICTION**     │
                      └─────────────────────────────┘

24     1. This Court has jurisdiction under _Location of Jurisdiction - Cal_

25  _Optima is located in Orange County, California. General_

26  _Jurisdiction. Structure and Funding (COHS)_ County Organized
                                                Health System

27  CO = 315 (Cash five) 33 = name, ID theft _funded state and federal sources_

28  but operates under Board of Directors - 315 units @ 7622 Katella
    Federal involvement and regulatory considerations  COS
                                                        3 overt symptoms
            - 4420 (5420 Walmart
        - sexual (164 = 20 PD) Grateful Hearts)
            Parking Garage Santa  1
    82          Ana

1

## II. VENUE

2

3  2. Venue is proper pursuant to _County where the events giving_

4  _nse to the events occurred_

5

6

7

8

9  ## III. PARTIES

10

11

12  3.  Plaintiff's name is _Stacey Harp_. Plaintiff resides

13  at: _General Delivery Cypress, CA 90630_

14

15

16

17

18  4. Defendant _Cal Optima 500 City Pkwy W. Orange,_

19  _CA 92868 (Community Network)_

20  808 Walgreens phone Anaheim          513 area code Food 4
    855-638-0838 Grandpa/Aunt Francie moustprescr p blood pressure Less Dist. OH

21  Louisville Metro ZIP 40217    (217 Center Cal ph) 2S Saints Jersey 2009
    633    PD                                              Edward Marquardt (EM)

22  Parkway Medical - 2003 CNA clinicals w/Red Cross
    855-638-2=636 OCTA ph.   2003 on 3/30 my Grandpa's supposed heart attack

23                             + my Aunt Francie supposedly a heart attack
                                                              Frank

24  5. Defendant _Pacific Cancer Medical Center 1801 W._
                                                              Fax
25  _Romneya Dr. #203 Anaheim, CA 92801-1824 (624)_         999-1701

26  NPI # 1558797977 (5/2/23)  OCTA letter        Chase      1700 AM/
                              5/2/25                +300        PM
27  14169    Parkway Medical  Fall 4/21/25   Seal Beach   924 plate
    249 prices  5100 Katella  1155 Eastern Parkway  7th + 1000 Santa
28       Chevron new construction 2003 my CNA clinicals here Chevron Channel Ana Depot
            theft by deception =150  + Georgia  45 LMPD/45 Kite = 90 Cal Optima

         Newby's
                  sister 4 years  4,40 Rialto
410#              later        Robies  9000 Valley
social      200="transportation"    2      Productions
fraud +                            Supposedly 485 JCPS  204 trafficking syndicate
US Post  141=ADA/69 (51 Federal) mary  died  485  Ph  204 military pension
Office    (210)     Anaheim         here  402  Ky
                    Maya            while in  83=  408 Beach lymph node
820=12  2/22 1s91  Yr. Eugene Newby born  Shower  Cerritos Narcotics  medica-occ feleny code
         Newby  operation              work center  40-8=32 jail

56 wit
518 Food 4
        Less
     (8) Stanton
51 Anaheim 3
          w/Taffy
          513-

1  ___. Defendant  Quest Diagnostics  4/17/2023
2  *Insert ¶ #*  Pacific Cancer  (450 mL Readi      45 Kite, LMPD (90= Cal
                                    CAT 2)                              Optima)
3  lab report 5/2/23  + OCTA Risk Management Letter 5/2/25  Barium Sulfate * 450 Villa Newport Taffy?   400 LBPD
                                                                                          1838338
4  Acc # 3489007    Req EN(514= 5/2) 351510P       (5110)         Zachary social
                                                   5100 Katella    50 Fraud
5  *  Harbor Social Security Theft By Their Deception   10   Chevron  Rialto Apple
6  515 miW    48 Los A1PD Badge # 39 age metal rod in my leg          Drug Cocaine  etc.
                        39 = OCTA                                      5/20/20
7  Lweingaet                78 = Childers / Glucose lab                 my 50th
   1030 Katella Westn New Const.    Theft By Deception 150 >228 = San Quentin    2025
8  ___. Defendant  Anaheim Regional Medical Center.              52= Indiana
9  *Insert ¶ #*  1211 La Palma Anaheim  /1111 W. La Palma         Heart
                              0100   (100 Charlton Wynde          LA Jacob
10 23 Buena Park PD /22 Forehead (2322)    * Mike + Cathy Roe?    (156 = 36
11         Injury OCTA 11/15/15  (1515 Park Vindian)                  Scam)
                                 new construction                 636 OCTA
12 4/20/23 CT Scan (Facilitation + Significant    theft by        phone
13 L42= Bus  6/23 my due date   Bruising)   deception            APD plates
              when pregnant w/ Zachary      150
14
15 ___. Defendant  Dr. Jose A. Caceres  @8585 Knott Suite 101
16 *Insert ¶ #*  GR0093300           Buena Park, CA              101
17                                   90620-                      Charlton
                                     3850                        Wynde
18              43 (314 Walmart receipt then                     Jason -48
   Anaheim Urgent Care  (AFC)       #95 supplemental             Roe)
19 NPI 1114673902   163/143 Kevin Roppel  deposits)             101
                        20                                          149
20 111=Taffy Harp  902 E. Katella 7-11 @ Lewis                  509=
   half million   11/14 Rialto's murder Los Alamitos 2020 (4002achary's  Zachary
21 2/22 leg operation 2015                      Social          Harp
                                               LBPD1838338      Zack Harp
22 ___. Defendant  Gateway Medical  710 Euclid Anaheim          Zach Harp
23 *Insert ¶ #*                     Suite 301                    Taffy +
                                    Anaheim, CA 92801            Rialto
24 710 + 301 OC Case /7-11 HB (602 Loitering Code)   118 =      Harp
25  1030 Katella Westn new construction             Poisoning
26 41= Marvel, Dr. Jose (Caceres)                   my lymph
   (781)   142= crazy people (22 Freeway - OCTA forehead    node?
27 281                          injury)
   redeposit              2/22 leg operation
28          Skimmed                        KY
   500 = 1/2 million their   14 Zachary, Zack, Zach LMPD reported
   111= Taffy    theft    236 Leo     kidnapped - trafficking
   Harp                    12 equal   victims by me
   half million            3    opportunity   scam 7/6/14
   222                *Page Number*          (36) Rialto report
      301   444 my stress test results Dr. Caceres (12 Tracfone calendar)
             143 Kevin Roppel                Pts leg chart

## IV. STATEMENT OF FACTS

*2&0*
*21      49*

*Insert ¶ #*   In August of 2020 my lymph node hit under my right axila. I felt it hit behind the Cypress Police Dept. and I had just left the 7-11 on Los Alamitos. The sewer caps behind the Cypress PD say India. I was first seen at Grateway Urgent Care on La Palma, 8/12/20. *812 = IN area code + 52 = Indiana  5/2/25 OCTA Letter Fail 4/21/25*
I followed up with Dr. Kraemer on October 14, 2020 and on October 28, 2020 at Central City. My first theft on OCTA was on October 28, 2015. (5)   Grateway Medical

*Insert ¶ #*   Requisition Date for Quest Labs was on May 25, 2022 and on May 25, 2025 I was the victim to three assaults with intent by an OCTA 37 deiver. Collected at 4:20 pm / 420 Santa Ana Parking Garage and Easter was April 20, 2025. Easter equals sixty-eight Lewis and Lewis St. at 902 E. Katella. 7-11 new construction. The OCTA driver may be a mechanic at Pegasus Transportation with solicitation intent while I was on a temp staffing assignment there and or Darnell Macy at Rappel. (Pharmacy) 833 Quest Lab Pathologist Review of (MAR)/RAM
*Insert ¶ #*  Peripheral Smear + 833 OCTA RISK
management phone May 2, 2025 letter. Fall April 21, 2025
05/25/2022  *. 250 + 2/22 leg operation 2015 due to LMPD facilitation*
*052/  ⤸  250 = 2170 bus number fall on April 21, 2025 (170 = intentional)*
*⤷ 07 year Rappel Industry employed me. 207 Kidnap Code   69/101*
*⤷ 307 Bureau of Prisons phono/US Dept. Justice Fox*

*↑ Feral Cat   (Fe = 65 mental, Medicare, Florida) 30/95*

*Req # @ Pacific Cancer*
*P = 16 digit EBT*
*32 jail Leo, Neal media + accessory to felony code etc.*
*↑ Rape = 40*
*Ham*

I have undergone various types of testing trying to determine the reason behind my enlarged lymph node that began with the hit under my right axila + moved to my inguinal. A pelvic

1
2
_____ . ultrasound at Dr. Cacere's office resulted in a
*Insert ¶ #*
3 Significant flinch + was reported to me as "normal."
4 To date on June 12, 2025 I have no diagnosis.
5
6
7
8
9
10
11
_____
*Insert ¶ #*
12
13
14
15
16
17
18
19
20
_____
*Insert ¶ #*
21
22
23
24
25
26
27
28

## V. <u>CAUSES OF ACTION</u>

### <u>FIRST CAUSE OF ACTION</u>

( Duty of Care )

*insert title of cause of action*

**(As against Defendant(s):** Cal Optima

)

____. Providing Care In a Fair and Respectful Manner
*Insert ¶ #*                                                    — Medical reinstatement form
(Fair Credit — ID theft intent) "Dignity" — "Newcomer"  EW 15 (105 lawsuit)
                614 Enc cooper arrest — record          Drug Agency
Respect and Dignity (Rod)  Roppelrad = 105 drug agency    Police Dept.
#210 Taffy's bloodwork estimate + cholesterol (420) —16 P
Housing scam (H+S) Human Slavery   Fair + Respectful (FAR) G.O
                                                          115
                                                          Bner
                                                          HUD

____. Ensuring Timely Access To Services  (Services and
*Insert ¶ #*                                              medications)
Still no primary care provider established that  "FAT" SAM - Fletch
is not seeking a housing scam
- Protecting Member Privacy — no patient/doctor confidentiality
with crime family silent daily rape and assault
                                    Age social security
                                    (V) suit
                                    22 Forehead Injury
____. Providing Information Cal Optima (PICO)
*Insert ¶ #*                          ↑ 3.14 Walmart then $95
Unable to provide doctors that won't    Supplemented deposits
traffick, housing facilitate etc.     CO 315 / 629 FBI
                                       11/29 (99 onboarding)
                                         PO IC  6
                                         93    J
                                       296 Cal Optima

## SECOND CAUSE OF ACTION

( Breach of Duty of Care                    )

*insert title of cause of action*

**(As against Defendant(s):** Cal Optima

                                          )

_____. Negligence - failure to diagnose elevated lymph

*Insert ¶ #*

node August 2020. Significant weight loss, food stagings, kite scams

and faulty reads on diagnostic testing?

_____. Theft By Deception - Placebo prescriptions + kite

*Insert ¶ #*

Scam diagnostic reports (DR credit PD 20/40) 204 trafficking

Syndicate, military pension (408 Beach - facilitation lymph node

Ultrasound)

_____.

*Insert ¶ #*

1

| THIRD CAUSE OF ACTION |
| --- |
| (  Causation  ) |
| *insert title of cause of action* |
| (As against Defendant(s):  Cal Opthma  ) |

2
3
4
5
6
7

*Insert ¶ #*

8
9
10
11
12
13
14

*Insert ¶ #*

15
16
17
18
19
20

*Insert ¶ #*

21
22
23
24
25
26
27
28

**FOURTH CAUSE OF ACTION**

( Damages )

*insert title of cause of action*

(As against Defendant(s): Cal Optima

)

*Insert ¶ #*

_____

*Insert ¶ #*

*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* .   Internal code, daily rape and assault to be turned off that started 12/11/14 in Louisville, KY. 1211 LaPalma is now known to me to be the address to Anaheim Regional

*Insert ¶ #* .   Medical malpractice facilitation by various providers for media facilitation unacceptable to me and code thirty two accessory to a felony facilitation. Media equals thirty two and sixty five equals Titan + Joe Biden, 128 Food Stamps 800 Quinn Cat 9/28 supposed Camm murders, I want nothing to do with new construction, kites cams, ID theft, fraud, facilitation

*Insert ¶ #* .   etc.   Monetary damages for years of false imprisonment, Defamation, personal injury + permanent damages to my human person and that of my boys. I want nothing to do with escorting solicitation, prostitution etc.   Additional demands to be addressed

*Insert ¶ #* .   with an attorney.

Dated: ___9/12/25___

Sign: _Stacey Harp_

Print Name: _Stacey Harp_

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

*Sign:* _____

*Print Name:* _____

4831-5981-9291, v. 1

Definitions from Oxford Languages · Learn more

# di·ag·nose
/ˌdīəgˈnōz,ˈdīəgˌnōs/

verb

1. identify the nature of (an illness or other problem) by examination of the symptoms.
   "doctors diagnosed a rare and fatal liver disease"
   Similar:

   identify

   determine

   distinguish

   recognize

   discover (Sears Financial Discover Card) SFDC (DC on OCTA lawsuit)

   S 19 Covid ID / Cover.

   Nose (NO 24)

   1 million their theft 924 plate 7th and Channel Chevron. 194/2 (196) 76.

verb

verb: **diagnose**; 3rd person present: **diagnoses**; past tense: **diagnosed**; past participle: **diagnosed**; gerund or present participle: **diagnosing**

1. identify the nature of (an illness or other problem) by examination of the symptoms.
   "doctors diagnosed a rare and fatal liver disease"
   Similar:

   identify

   determine

   distinguish

   recognize

   discover

   ✳ spot ✳

   spot on my back x-ray after fall April 21, 2025

   Fatal Liver (FL) 612 EBT balance after redeposit skimmed

*444 Dr. Caceres my stress test results*

Placed (Prostitution Placement) PPP = 48 sex, crime, abuse, son, Donna, James, Los AL PD.

- 92 Wilson, San Pedro, Student

91= prison sodomy

492 Conrad + Wilson Realty ph.

In 914 Subway, Seal Beach / Indiana 52 = 5/2 Risk Management letter from Regina = 54 = Wave C(3) media in Kentucky, Wave 3. (OCTA new summer Wave Card) 54 + 3 = 57 steal, Chris, Eugene, JuLIE, year M. Harp born / 357 Magnum. (5/12) letter to OCTA 2016 (Forehead Injury) FI 69 Leonard, Fashion Island. 15 Taffy's age, Zach with 8 on shirt / 158 Orange County, Stupid People, Humane Society, Anaheim Elevation. 914 = 92 student, San Pedro, Wilson.

PD / Lace. (Lacy) EY 5/25 OCTA 37 driver facilitation. 53 Julia, Karin, Gavin / 257 James Clark, Michael Harp. 602 Loitering code, 5 name / prison.

Placed in room 5 = Rialto's age on 5/26/25. Zachary, Zack and Zach age five in 2005 Long Beach Social Security. (55 / 505 Cal Optima, Stanton PET, CHOC) 555 Amazon, San Bernardino / 05 year moved to 219 Charlton Wynde Drive. $262 their food stamp pull February 2024. (555 / 262) = 817 Main Huntington Beach.

Insurance Fraud Facilitation 273 + 200 "transportation" = 473 phone on Sandalwood. 2004 year Cancun / 73 Gilbert, Iacullo, Colliau, Winkler, Gordon, Stacey, 2007 Clark and Gilbert died, Roppel employed. 2003 Grandpa, Aunt Francie, Shirley. (2010) Mazda 16k and lawsuit case number against OCTA 16k. $4 million their theft Camm trials? 4000 Kresge Baptist Hospital East / 1611 (411 Ronald Reagan Courthouse, $1.2 million)

IFF 966, Julia Harp, Shirley, Bullitt, Homeless / 6 restraining orders 9/7/16. 69 Leonard, Newby, arsenic, whore, carnival, 716 Kim Archer / March OCTA cameras. 16716. (111 Taffy Harp, half million, AK, Walmart corporate / 6 rape, theft) 36 scam, child, KY, Stanton Library, law / 636 OCTA phone. 600 Wall Street, OCTA administration, Louisville Courts / 6000 Louisville FBI phone, 306 medical card staged, William Clinton, Chelsea Clinton / Christian Ramos, Chelsea Clinton.

These people are cult driven. (278) = 17 FBI / 5. (12) 60 SAPD. (50 and 125) 492 Conrad and Wilson Realty / 5. (57) 257. 525 / 577 Metro. 27 EBT / Jeff 817 Main Huntington Beach. (MH 138 Crosby Re-order) Mental Health, Beach 39 Amy, OCTA, age leg operation. 99 onboarding. (699 W. Rialto) 2375. 6/23 due date with Zachary, Sharon Unseld birthday / 9975. $612 EBT balance after skimmed re-deposit. 9903. (603) / 9300 Rich Girl Awning. 6000 / 393.

Cult Driven (CD to secure Mazda, onboarding) 128 Jocelyn Gaddis, food stamps, immigration, State College Walgreens. 34 Hate, Ellis exit, Kin, OCTA Cities. 1215 + 1 = 12/16 Grandpa's birthday. (GB) 72 Cooper, Immelt, Money, Geragos, Hitler. 472 + 1 = 473 phone on Sandalwood. (221)
These (285 /24) 28 Bank, Mack, Air / 285 BHE, Baptist Hospital East / 524 back of EBT Cards / Charles Cobb. 2804 + 8000 HCSO FL phone, Southeast Christian / 10804 Cherry Grove Ct. 2800 cost of FL move staged / 45 LMPD, Kite, Egnar, Clark and Daniel. These = 57 steal, Chris, Eugene, JuLIE, year M. Harp born.
These people 126 Westview, Eugene Newby, Steven Conrad, Megan Terry, Ben Wimsatt
These people are 150 theft deception, cult driven (278) 27 EBT, 8 for money 35 Eric, Bill, Lance, Mail.

(120/63) Social Services case 1B7XJ63 (127 ownership / 114 crime family, Hells Angels / 122 Grand Larceny, Jessica Pinkerton, Golden State and to spite me. (1326) 426 CT Scan with Contrast, DPSS EBT and Veronica Miller ext../$264 TAP only / 1326 and 5/26 Rialto in the road 2020.

Their theft of my mother's benefits.
Their (55) theft (59) of (21) my (38) mother's (98) benefits (80) / 98 Tasha Orban and her theft of my mother's benefits? (598 Budget Law Phone) 555 Amazon, Charlotte Alley, Euclid Starbucks, State College Chase. 921 CVS Seal Beach, Harbor, 1101 Vons, Eric Cooper arrest record, Extra Mile / (351) + 13 socials stolen = 364 "for all the things you said I'd never do." 94 ID / 19 Covid, 947 Michigan area code 911 Seal Beach PD, 36 scam, child, KY, Stanton Library, law.
Their theft of my (173 sexual battery, LBT)

I am also not paying in on a department. (357) Magnum. (15) Taffy's age, Zach with 8 on shirt.



## Member Request Appeal or Grievance Form

Use this form to request a coverage decision, appeal or to file a grievance for any part of care or service you had from OneCare (HMO D-SNP). Complete and return this form to us in person, by mail or fax to **1-714-481-6499.**

**Print clearly or type below:**

99 onboarding
5/25 OCTA #37 driver facilitation
46 Park, win

Member Name (First) _Stacey_ (Middle initial) _M_ (Last) _Harp_    96 / 123 / 219

Member ID # _99525469F12306_    606 Euclid

Mailing Address _General Delivery_    (City) _Cypress_  Garage Door?  Raynor    (State) _CA_    (Zip Code) _90630_

Phone Number ( 714 ) 715-5069

Date of Birth (MM/DD/YY) _06/20/75_

Briefly describe the reason for your appeal, grievance or request (including requests for exception of our drug coverage). State the service, drug name, dates, times, persons, places, etc. Provide exact details and use a second sheet of paper if needed. Attach copies of any letters, details or records that will support your appeal, grievance or request. Be sure to write your name and Member ID # on all pages.

Facilitation letters 9/24/24 they show me w/ Dr. Caceres when I was released from practice 5/31/23. (231 Taffy license) 300/23 Buena Park PD Persistent provider facilitation for ID theft, insurance fraud & inability to address or even listen to issues regarding symptoms & suspected marvel facilitation as root cause, kite scam theft by provider inability to properly address. Patients are supposed to be able to discuss/disclose ALL medical concerns w/out retaliation.

Date _11/13/24_    Signature _S. Harp_

If you have any questions, contact OneCare Customer Service toll-free at **1-877-412-2734** (TTY **711**), 24 hours a day, 7 days a week. We have staff who speak your language. You may also visit our office Monday through Friday 8 a.m. to 5 p.m., at **505 City Parkway West, Orange, CA 92868** or visit us at **www.caloptima.org/onecare.**

**Note**: If you have someone other than your doctor or prescriber file your request, please complete and submit the **Appointment of Representative Form** which can be printed from the CalOptima OneCare website at **www.caloptima.org/onecare** or by calling the OneCare Customer Service toll-free at **1-877-412-2734** (TTY **711**). Please refer to your Evidence of Coverage book for complete information on what to do if you have a problem.

Please refer to your Member Handbook for complete information on what to do if you have a problem or complaint.

CalOptima Health, A Public Agency



# Medi-Cal
CalOptima Health

CalOptima Health
A Public Agency
505 City Parkway West
Orange, CA 92868
☎ 714-246-8400
① TTY: 711
ⓘ caloptima.org

September 24, 2024

Stacey Harp
5762 Lincoln Ave.
Cypress, CA 90630

1612376

Dear Ms. Harp:

This letter is in response to your complaint filed on 08/26/2024 about issues with your health care. Thank you for taking the time to share your concerns with us. We are sorry for any trouble this may have caused you.

In your complaint, you stated you have several issues with your health care that include access to a primary care provider (PCP), an undiagnosed enlarged lymph node, medication issues and dental problems. You also stated you wanted to make sure you were not linked to United Healthcare or any other insurance plans.

Grievance and Appeals Resolution Services reviewed your complaint. Our records show that you are covered by CalOptima Health with no other health coverages. You are also showing to be assigned to PCP, Dr. Jose Caceres. The provider is located at 8585 Knott Ave., Ste. # 101, Buena Park, CA 90620. The office phone number is (714) 821-8588. We encourage you to call the office to schedule an appointment so you can be evaluated for your health concerns and be referred to specialists as needed.

Please note that if you are having issues with your medication, you may contact the Medi-Cal Rx Customer Service Center at (800) 977-2273. They are available 24 hours a day, 7 days a week, 365 days a year. Issues related to dental services are addressed by Denti-Cal. They can be reached at (800) 322-6384 from 8 a.m. to 5 p.m. on weekdays.

In an effort to ensure you can be made whole, we have referred you to our Case Management department. They will reach out to you to determine how they can assist you with coordinating your care with CalOptima Health providers and other community resources you may need.

Your input is important to us and we are here to help you with your health care needs. If you have questions or concerns about this letter, please call Brittany, Resolution Specialist at (657) 900-1436.

CalOptima Health, A Public Agency



CalOptima Health
A Public Agency
505 City Parkway West
Orange, CA 92868
☎ 714-246-8400
☏ TTY: 711
🌐 caloptima.org

For future assistance or questions about your benefits, please call CalOptima's
Customer Service department at **(714) 246-8500** or toll-free at **(888) 587-8088 (TTY
711)**, Monday through Friday, from 8 a.m. to 5:30 p.m. We have staff who speak your
language. Visit us at **www.caloptima.org**.

Sincerely,

✳ ~~Speaks pull / Rice?~~

Brittany, Resolution Specialist
Grievance and Appeals Resolution Services

Enclosures:
Notice of Nondiscrimination
Language Assistance Taglines

MCAL MM 21-1787_DHCS Approved 09.27.2021_Grievance Resolution Letter

CalOptima Health, A Public Agency

*Handwritten annotations throughout:*

11/14 Riot mu
913
201
91 prison 321 Dollar T
Baytown Re
-21
309
Dad   103 CHP loo
Ponteich
Starte
913 plate Haz
Used Unit
Healthca

Tagalong @ facilitation harassment
Park after medical clinic checked my card
$4 million there theft 1983 year my age

DS 419 Prudential 1975
HC = 83 Narcotics

Eugene
money
8:57
Zachary
Baytown
Real
Apt #
200

Calm
1313 (2G)
/ High
3032G

211 W. Temple
217
6/87

2009 Ponteich supposedly deceased
27 Jeff as Minton @ Ponteich 137.
✳ 2021 ✳
68 = "dangling" for ransom = 80
kidnapped = 80

272G (52G Harbor)
5/2G Rialto in road

1/2
657 a
200 X 10

✳ 2021
+ Cal Fresh letter
AS of
20   21

68

158 = Stupid People
158 = Orange County
42 = Bus
200
2004/2 = 2006 first grade
12/24/06 H. Harp

99 = onboarding
/ III Half million
Taffy Harp
2/22 date my le
operation
Wells Fargo
Hall of Recor
San Bernardine

188
122   12/24/06
Grand Larceny
68
② 66 homicide
630 Cypress ZIP
600 in letter
80

666
30
636 stamp / OC Co. C

605 LA Compton Sheriff
631 Katella





# EUCLID BRANCH
# APRIL



ANAHEIM PUBLIC LIBRARY

**1340 S. EUCLID ST**
**ANAHEIM, CA 92802**
Monday – Friday 11 a.m. - 7 p.m.
714 - 765 - 3625

## Weekly Programs

**MATH TUTORING**
Mondays at 4:30 p.m.
ADD IT UP tutors offer *free* academic support for Grades K-6 students.

**FAMILY STEAM FUN**
Tuesdays at 5:00 p.m.
Family Fun time includes stories and crafts related to STEAM.

**CSULB NURSING STUDENTS:**
Offers free *basic* health check-in.
Wednesdays at 11:00 a.m.

**3-4-5 JUMP AND JIVE STORYTIME**
(For ages 0-5 years old )
Fridays at 11:30 a.m.
Enjoy stories, music, and movement activities!



## Children & Family Programs

**DIY EASTER EGG ORNAMENT CRAFT**
Join us for a fun and creative Easter ornament decorating session. All materials will be provided and light refreshments will be available to enjoy as you craft your unique design. **Registration required.**
Friday, April 18 | 4:00 p.m.

**DIG INTO THE SEED LIBRARY**
Join us in decorating eco-friendly pots and plant some seeds native to California from our **Seed Library!**
**Registration Required.**
Wednesday, April 23 | 4:30 p.m.

**READING ROOM REVEAL**
**FEATURING POET LAUREATE**
**CAMILLE HERNANDEZ**
Join us to explore Euclid Branch's new Reading Room! Anaheim Poet Laureate Camille Hernandez will share a poem about Transformation. Enjoy refreshments and solving the escape room-style puzzles. Uncover the mysterious secret of the new Reading Room and claim its treasure.
Wednesday, April 16 | 5:00 p.m.

## Adult and Teen Programs

**UKULELE JAMMIN'**
Open to all ages, beginners, and professionals who want to strum and sing along with us. **Registration Required.**
Thursday, April 10 | 4:00 p.m.

**ADULT BOOK CLUB**
The Euclid Branch Adult Book Club meets on the third Tuesday of each month. Join a lively book discussion featuring *The Other Einstein* by Marie Benedict.
Tuesday, April 8 | 5:00 p.m.

**OPEN MIC**
Bring your talents, such as singing, acting, dancing, reciting poetry, delivering a speech, or playing an instrument on stage. A Show open to ALL AGES.
Thursday, April 17 | 5:00 p.m.

**FREE HEALTH SEMINARS**
**PRESENTED BY SENIOR STUDENTS**
**FROM CSULB, SCHOOL OF NURSING**

Learn about E-Bike Safety, Motor Vehicle Safety and  Earthquake Preparedness.
Tuesday, April 22 | 4:00 p.m.

Learn about Childhood and Teen Obesity, Type 2 Diabetes Prevention (aimed for adolescents), Diabetes /Management and Substance abuse in adolescents.
Wednesday, April 23 | 4:00 p.m.

Learn about Physical Activities for Adults, VTE (Clot) Prevention and Medication Management and Safety
Thursday, April 24 | 4:00 p.m.





# EUCLID BRANCH
# APRIL



**ANAHEIM PUBLIC LIBRARY**

1340 S. EUCLID ST
ANAHEIM, CA 92802
Monday – Friday 11 a.m. - 7 p.m.
714 · 765 · 3625

## Weekly Programs

**MATH TUTORING**
Mondays at 4:30 p.m.
ADD IT UP tutors offer *free* academic support for Grades K-6 students.

**FAMILY STEAM FUN**
Tuesdays at 5:00 p.m.
Family Fun time includes stories and crafts related to STEAM.

**CSULB NURSING STUDENTS:**
Offers free *basic* health check-in.
Wednesdays at 11:00 a.m.

**3-4-5 JUMP AND JIVE STORYTIME**
(For ages 0-5 years old )
Fridays at 11:30 a.m.
Enjoy stories, music, and movement activities!



## Children & Family Programs

**DIY EASTER EGG ORNAMENT CRAFT**
Join us for a fun and creative Easter ornament decorating session. All materials will be provided and light refreshments will be available to enjoy as you craft your unique design. **Registration required.**
Friday, April 18 | 4:00 p.m.

**DIG INTO THE SEED LIBRARY**
Join us in decorating eco-friendly pots and plant some seeds native to California from our Seed Library!
**Registration Required.**
Wednesday, April 23 | 4:30 p.m.

**READING ROOM REVEAL**
**FEATURING POET LAUREATE CAMILLE HERNANDEZ**
Join us to explore Euclid Branch's new Reading Room! Anaheim Poet Laureate Camille Hernandez will share a poem about Transformation. Enjoy refreshments and solving the escape room-style puzzles. Uncover the mysterious secret of the new Reading Room and claim its treasure.
Wednesday, April 16 | 5:00 p.m.

## Adult and Teen Programs

**UKULELE JAMMIN'**
Open to all ages, beginners, and professionals who want to strum and sing along with us. **Registration Required.**
Thursday, April 10 | 4:00 p.m.

**ADULT BOOK CLUB**
The Euclid Branch Adult Book Club meets on the third Tuesday of each month. Join a lively book discussion featuring *The Other Einstein* by Marie Benedict.
Tuesday, April 8 | 5:00 p.m.

**OPEN MIC**
Bring your talents, such as singing, acting, dancing, reciting poetry, delivering a speech, or playing an instrument on stage. A Show open to ALL AGES.
Thursday, April 17 | 5:00 p.m.

**FREE HEALTH SEMINARS**
**PRESENTED BY SENIOR STUDENTS FROM CSULB, SCHOOL OF NURSING**

Learn about E-Bike Safety, Motor Vehicle Safety and Earthquake Preparedness.
Tuesday, April 22 | 4:00 p.m.

Learn about Childhood and Teen Obesity, Type 2 Diabetes Prevention (aimed for adolescents), Diabetes /Management and Substance abuse in adolescents.
Wednesday, April 23 | 4:00 p.m.

Learn about Physical Activities for Adults, VTE (Clot) Prevention and Medication Management and Safety
Thursday, April 24 | 4:00 p.m.

# Medi-Cal
CalOptima Health

CalOptima Health
A Public Agency
505 City Parkway West
Orange, CA 92868
☎ 714-246-8400
TTY: 711
⊕ caloptima.org

October 23, 2024

*[handwritten: 10/23/23 EBT Skimmed*
*46 Park, Win (92)*
*692 our names / Stolen OC Library Card #]*

*[handwritten: 879 staged social disanity]*

STACEY HARP
GENERAL DELIVERY 5762 LINCOLN AVENUE
Cypress, CA 90630

*[handwritten: EW 15 reinstatement form]*
*[handwritten: 79 + 560 Bravo OCTA / Newborn chart my son]*

*[handwritten: 75609    168]*
*[handwritten: 126 (09)   1687985   1612376   161   /7 Bad (Cats The Serena)   "There are bad people in there]*
*[handwritten: 485 JCPS ph    400 LAPD 18-38338 /85 Library    z 7]*

Dear Ms HARP:

*[handwritten left margin: 26 = Westview / steven Conrad / eugene Newby / Ben Wimsatt / Megan Terry / 09 - Saints / Jersey picture w/Taffy / Pontrich supposedly deceased]*

This letter is in response to your complaint filed on 10/02/2024 about primary care provider (PCP) Dr. Jose Caceres. Thank you for taking the time to share your concerns with us. We are sorry for any trouble this may have caused you.

In your complaint, you stated Dr. Caceres discharged you from their practice.

Grievance and Appeals Resolution Services reviewed your complaint. We discussed your concerns with Dr. Jose Cacere's office. We were informed you were discharged from their office. Your last office visit was on 5/22/23. A letter of discharge was submitted on 5/31/23. We were informed that this decision was based on the following reasons: They had been receiving unnecessary records or information from you that was unrelated to your medical conditions. The provider and staff members were not comfortable with the information you were sending them via email and fax. *[handwritten: It was not unrelated!]*

*[handwritten left margin: PSD 16194 / FS #194 / digit EBT cards]*

CalOptima Health is sorry that Dr. Caceres did not meet your needs. You can always change your PCP. Changes can be made every 30 days. Contact CalOptima Health's Customer Service department for more information.

Your input is important to us and we are here to help you with your health care needs. If you have questions or concerns about this letter, please call Pilar, Resolution Specialist at (657) 235-6841. *[handwritten: 235 = 12/11/14 onboarding started   121 + 114 = 235 / 423 / +300]*
*[handwritten: 117 metrolink]*

For future assistance or questions about your benefits, please call CalOptima's Customer Service department at **(714) 246-8500** or toll-free at **(888) 587-8088** (TTY **711**), Monday through Friday, from 8 a.m. to 5:30 p.m. We have staff who speak your language. Visit us at **www.caloptima.org**.

*[handwritten: 7/23 Bn Gordon bday]*

Sincerely,

Pilar, Resolution Specialist

*[handwritten: 6000 Jobs Dollar Tree / Louisville FBI ph.]*
*[handwritten: 657 - 235 - 684 / 655 / Sheriff / Child Support / Coroner / Homeland Secu / San Bernardin]*

CalOptima Health, A Public Agency

Letter dated 10/23/2024

EBT Cash skimmed on 10/23/23

10/23 Eugene Newby's birthday.

102 Dollar Zone receipts, San Bernardino, husband and wife, strangulation / 3 my age Julie and Eugene divorced (105 = Taffy's age in dog years, 15 on 10/21/24) She was stolen in Seal Beach, CA on 1/15/20. Rialto Kitten Harp was then murdered in Los Alamitos on 11/14/20.

102 = 8/3 = 83 Narcotics. These people are on drugs. 8 to 3 = 5.

10(255) $8 million their theft, 505 Cal Optima, Choc and Stanton Pet facilitation of a surgery Taffy didn't need OR just the purchase of the drugs for the surgery per the estimate for both. $2 million their theft by deception, 55 Conrad, Hadley, Filthy. (560 newborn chart my son, Bravo OCTA) Mom is not laughing at this "BRAVO" performance. 10/25 and 58 = Taffy, Humana, Grandma, Nathan, Danny, DPSS. 85 = Chevron, Library and the year I was 10 and legally adopted as Harp. 85 = 13/40 Euclid Anaheim Library and phone at 7622 Katella. 840 and 30 Library letter / 870 Newport Library, 513 Food 4 Less Distribution in Seal Beach. 1383. (138 Crosby reorder form school pictures, cookies and peanuts 711) 7 to 11 = 4$ / 142 = crazy people, 414 = Dad and 72 Geragos, Hitler, Cooper, Immelt and Money. 47 John, Ron, Rachel and 142 = 22 Long Beach, Oldham County. 44 Stan receipt Dollar Zone, Obama, Brian, Ray. 47 / 44. = 3. (473 phone on Sandalwood, 419) 50 drugs, cocaine, apple, fraud, Michael, Paul / 410 number on Voters Registration, number to report social fraud and US Post Office / 95 Chrysalis, insult, emergency and supplemental EBT Deposits. 4750. (475 Det. Glover KY phone mafia document X 10 DPSS County Code, false imprisonment for their theft by deception scam, sir name fraud) $435 cost of restraining order / 40 rape, food, US and HB elevation / 435 "transportation" = 200 / 235 = 12/11/14 onboarding started, 121 + 114 = 235. (23 Buena Park PD, Los Al Elevation and 5 name / prison, my age 5 in 1980 Prudential addendum). 1145 (1120 Walmart WIC / Walmart discounted Halloween cupcakes dated yesterday, when in store I thought it said 11/2 leaving them out of date by a day, $1.00 clearance and reduced them by $2.98 Eugene cell and restraining order form FL)119 facilitation, 1100 Burnham and 45 LMPD, Kite, Daniel Clark, Egnar. 2 Kunz.

Letter number 1687985 (48 crime, abuse, son, sex, Donna, James, Los Al PD) 100k their million theft by deception scam and 68 "dangling", 79 William, asshole, Big Gulp, murders and 85 Library, Chevron and year my age 10 adopted. 95. ($214 food stamp increase without felony variance to $291) $2 million their theft and 901 Morgan Stanley phone and LA Child Support. $2 million their theft 912 Euclid, closed 99 Cent Store. 108 CA Safety Agency Suite and Simpsonville PD address. 712 = 84 Zack Harp, lawyer, million, marketing. 7/14 Conrad letter, 28 Bank, Mack and Air. 142 crazy people, occupancy at Brookhurst Social Services, Myra Minton and Andrew Barbour. 78 Robert, Chester. (156) = 36 scam, child, KY, Stanton Library, law / 120 Security 19 Covid. $1 million their theft and 207 SFPD kidnap code. 13 our socials stolen in KY.

Last office visit 5/22 = Chester plate, homicide vehicle Rialto Kitten? / 522 Main Chrysalis, Per onboarding "the driver would have run over me too, and they had hoped it was me only and that Rialto Kitten got away." (5/22/23) 2/22 my leg operation and my lawsuit they want to steal from me / 53 Karin, Julia, Gavin. 563 / 518 Stanton Food 4 Less and media text sent to my phone while on AB machine last night, they stole my data and unable to open i59 theft and cost of staged Chex mix this morning dated 11/10 expiration. (DE)Orr Kunz. 45 LMPD / 151818. (366) 96 Julia Harp, Shirley, Bullitt, Homeless. 336. (33 KCD flyer, name, Kim, Villanueva) Flyer, RE: FL Y 25 Saints Jersey picture with Taffy in 2009. (3300 Riverside Unified, Sorrento Trace / 29 NO) 209 Derek Byron Wilson, Smile Dental Phone and Prudential at 19 Covid. (290 IRS San Bernardino, Zachary Harp, Zach Harp, Zack Harp and Taffy and Rialto Harp) Anaheim Jobs Chrysalis. 1988 Prudential due, my age 13. Camm supposed years in prison and age 5 Jill Camm supposedly murdered 2000, age 5 to 18 until raped / 518 Stanton Food 4 Less and 23 Bradley Camm's age when he lied on 9/7/16 he was my kidnapped son in court at 275 Magnolia in Long Beach. 275 to FL, KY Vital Statistics, Euclid Aldi. (EA, my Grandpa's initials) GI = 79, see prior letter.

*Handwritten left margin notes:*

1055 Santa Ana Child Support

655 Child Support San Bernardino

(400) Zachary social

Stolen six days before 18
406
LBPD 3838

806 CHP ph
San Bern. Brier
+ Chrysalis LA Ph.

MCAL MM 21-1787_DHCS Approved 09.27.2021_Grievance Resolution Letter

MC (Malicious Conduct, Medi-Cal mailer, 7-11 receipts 2021. In 2021 they staged me into Cedar Park and the AB machine. 09 Picture with Taffy, Saints Jersey 25.

When they ran my son through the park the onboarding asked me "If my son would wear those clothes?" I said "no." Not willingly anyway. When we were getting

ready to go to our picture appointment in 2009 my son wanted to know "if he could wear anything he wanted to?"

AL (Anaheim Library, et.al) Facilitation through code and people here, staged Earthquakes etc. Computers coded 765. (265 Gene Snyder / Federal Courthouse) = 500

Central Anaheim Library, Dollar Tree Corporate and OC Accessor. (1500 Harbor, $1.5 million)


CAMM / MAL (Practice) 211 W. Temple / 78 X 100k their theft $1 million 7800 Stanton Civic Center. 217 Center CAL phone 187. (67 age social security) 120 Premediated,

Security. 587. (58 Harold, Grandma, Nathan, Danny, DPSS, Taffy) 7 bad. 515 Weingart / 5/15 MIW by Glasser, 5/29 = ID theft code. 14 kidnapped, 52 Indiana / 914 Subway

Seal Beach. 09 / Picture with Taffy 27 EBT, Jeff 54 = Health / 275 to FL, Euclid Aldi, Magnolia, KY Vital Statistics. 545 Euclid Chase, 27 / 9 Dad. (2059) PO BOX 205 Bullitt

Co. Sheriff, Marina, RTA Temecula. 920 Southeast Christian / 59 theft, Jason. 99 = onboarding, 205/15 Taffy's age, Zach with 8 on shirt. 158 = Stupid people, Humane Society,

Orange County, Anahiem Elevation.

092 / 011 year FL move staged / 720 Lee and Associates phone, Eric Cooper birthday, Metro / 921 CVS Seal Beach, Urgent Care 1711, 921 Harbor Ramada.

A patient has the fundamental right to disclose all their symptoms and concerns to their doctor, as this is considered a crucial part of informed consent and the ethical principle of open communication within the doctor-patient relationship; patients should feel empowered to share any information relevant to their health without fear of judgment or repercussions.

Key points about this right:

- **Informed consent:** IC 93/12   (99 onboarding)
  I  104  -78
  A patient's ability to make informed decisions about their healthcare relies on fully disclosing their symptoms and concerns to their doctor.

- **Ethical obligation:** EO 515 (53) + 99 = 152        92. Yakkanti
                                                 915 Katella 93/185 (05)
  Doctors have an ethical obligation to listen to and consider all information provided by their patients.
                                                          120 Premeditated
                                                              Security
                                                          240 (38)     211/40
- **Privacy and confidentiality:** PAC 1613 + 3 = 1616 Katella  -44         251 LAPD
                                                                            20/7
  While patients have the right to disclose information, doctors are bound by confidentiality to protect sensitive medical      13
  details.

(IC) 93 = "housing" – their only concern is human slavery, trafficking, and their kite scam theft by deception. 12. (105) = drug agency, police department, etc. Taffy's age in dog years, 105. (315 room at BHE when Zachary born and units at 7622 Katella) Units = 83 and Narcotics = 83. 166 = William Clinton, Christian Ramos. 46 Park, Win / 92 Wilson, San Pedro. $4 million their theft of Taffy lawsuits, 692 our names and Garden Grove issued stolen library card. (32) = Leo and Taffy as Leo on OC Bichon Rescue after stolen. 5/6 cult, coroner, scum, shit / 11/30 labs read by Dr. Caceres / 1130 La Palma, across from 1211 La Palma, Anaheim Regional. 12/11/14 onboarding started.

EO (515 MIW by Glasser, Weingart) Equal Opportunity. 53 Julia, Karin, Gavin. (159) 39 OCTA. Amy, Beach. 20. / 59 theft, Jason, spleen / 205 PO BOX Bullitt Co. Sheriff, Tustin PD, Marina / RTA Temecula. 2014 kidnapped / 202 Commercial Solicitation, etc.

PAC (CAP) 161 / C 3. (161 Moscow hits back) = 8 for money / 166. (8:16 my FBI lawsuit, 6 rape / theft 822 Chris Redmon picture, Roe on back and M. Harp birthday)

✱ Not seeking to return to DR. Caceres, only documenting the truth in malpractice.

A patients' ability = 183
Sensitive Details = 183
                    366  + 200 = 566 → 569/621                          39 (8) 47
                          2005 @ 219                    1190 + 8 = 1198 Optum   CHP
                                                                         ↑
                     2005 Long Beach Blvd                              Garfield
                                                                      Tim Harp
                                                                      ph

*Stacey Harp*
*Member ID# 99 525469 F 12306*

*5/25 OCTA 37*
*↑ facilitation*
*Labs*

**Your Online Police Report T24006511 Has Been Submitted**
Yahoo/Inbox

CaAnaheimPd@coplogic.com

From:caanaheimpd@coplogic.com

To:staceyharp@yahoo.com

Tue, Nov 12 at 12:08 PM

Your online report has been successfully received and the

*292    3010*

tracking number is T24006511. T24006508 T24006510 *20*
*66   1108     1110 /half million × 10*

You will be notified via email of any problems with your

report. Once your report is approved, it will be issued

a case number and you will receive a PDF copy as an attachment

in your email within approximately five business days.

Thank you for using our online reporting system and please

contact us with any suggestions you have for improving our

system.

Online Officer

Anaheim Police Department

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Documentation Only Report                                                                                                    Update

Definition :                 This category is for documentation of incidents which are not necessarily a crime or are more of a civil dispute in nature. Reports filed under this category will be destroyed in 2 years and will NOT be forwarded to, or reviewed by, a detective - no further action will be taken.

Examples :                  Documentation of an incident that is not a crime.
Confirm Question(s)
Confirmed

Additional Information

Original or Supplemental Report: Original                                                    Update

Yourself

**Stacey Harp**, 0000 General Delivery, Cypress, CA 90630, US                              Update

Incident Details

Time: 11/12/2024 10:45 AM - 11/12/2024 10:50 AM                                          Update
Location: 1719 West Ball Road, ANAHEIM, CA 92804

Narrative

This morning I went into this dental provider where I had been a previous patient. I needed to schedule an appointment to review my x-rays taken on 8/9/24 in regards to a new pain I have, I wanted to know if this correlated with the supposed cavity indicated on 8/9. I went in on 8/9 in regards to pain linked to a previous dental procedure elsewhere. I am now reacting to hot and cold, it's a concern with persistent malpractice in regards to whether a cavity is real, x-rays films are flipped for kite scams etc. I don't want my mouth drilled on if not necessary. The woman at the counter told me they were not scheduling Medi-Care patients until next year due to a new provider in the office. She then told me a woman did not clean my teeth or do my x-rays on 8/9/24, they only had a male provider in their office for the last 25 years. The sign above the hours shows Dr. Jenny Kim. The sign above the practice shows Dr. James Kim. The woman who did my x-rays and cleaning on 8/9/24 was sitting in a patient room today, she was an oriental woman presumed to be Dr.  Update Jenny Kim. Dr. Jenny seemed to remember me today, but I did not get to speak to her. She saw me in other words and spoke to the to the receptionist about the medical release I signed. I did not threaten the receptionist, I asked her if lying to my face or any patient was worth spending the rest of her life in prison? I told her there was a bigger picture. She is a child, I was trying to make her aware of her bad decision to lie to me and run mental facilitation instead of being honest. These people code behind these kids, they are ruining their lives. Stupid people, 158 = stupid people and Orange County. (316) 34 Hate, Ellis exit, Kin, OCTA cities and 1971 words in this report, year Jimi Clark aka Jason Ellis born? 771 + 2 = 773 my mother's old cell and Buena Park PD Victim's Phone. Something significant may be in the courts today, I have no idea. It shouldn't impact my life OR that of my boys reported kidnapped.

Review

Please review the report. If all the information is correct, click the Submit button to submit the report. If you need to modify some information, click the desired modify link. This will be your last chance to change information for this report.

Submit Report

Fw: Documentation Only Report (DOR) DeOrr Kunz, supposed missing 2 year old

Yahoo/Sent

Stacey Harp

From: staceyharp@yahoo.com

To: Friendsofapdk9s Info

Tue, Nov 12 at 12:12 PM

K-9's aren't supposed to like it when people lie.

----- Forwarded Message -----

From: Stacey Harp <staceyharp@yahoo.com>

To: da@sbcda.org <da@sbcda.org>; police@ggcity.org <police@ggcity.org>; Chiefofpolice <chiefofpolice@cypressca.org>